FILED

02/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0289

_____

PHOENIX CAPITAL GROUP HOLDINGS, LLC,
a Delaware limited liability company,

      Plaintiff, Appellant,
      and Cross-Appellee,

v.

BOARD OF OIL AND GAS CONSERVATION
OF THE STATE OF MONTANA,

      Defendant, Appellee,
      and Cross-Appellant,

  and

KRAKEN OIL AND GAS LLC,

      Intervenor, Appellee,
      and Cross-Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 7 2024